Amir J. Goldstein, Esq. (SBN: 255620)
ajg@consumercounselgroup.com
The Law Offices of Amir J. Goldstein, Esq.
7304 Beverly Boulevard, Suite 212
Los Angeles, CA 90036
Tel 323.937.0400
Fax 866.288.9194

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON INGBER, et al<br><br>      Plaintiff,<br><br>v.<br><br>IA AMERICAN LIFE INSURANCE COMPANY, et al<br><br>      Defendants. | Case No.: 2:23−cv−09789-WLH-JC<br><br>**NOTICE OF SETTLEMENT, as to DEFENDANT REAL INNOVATION, INC., only** |

**NOTICE IS HEREBY GIVEN** that the instant matter between the Plaintiff JASON INGBER and Defendant REAL INNOVATION, INC. has been resolved on an individual (non-class) basis. Plaintiff anticipates filing a Stipulation of Dismissal, as to Defendant REAL INNOVATION, INC. only, pursuant to Federal Rule of Civil Procedure 41(a)(1) within 60 days.

Dated: March 15, 2024                    Respectfully Submitted,

                                          /s/ Amir J. Goldstein
                                         Amir J. Goldstein
                                         Attorney for Plaintiff