UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON INGBER,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>REAL INNOVATION, INC., et al,<br><br>　　　　　　Defendants. | Case No.: 2:23-cv-09789-WLH-JC<br><br>**ORDER OF DISMISSAL**<br>**[28]** |

　　　On May 9, 2024, the Parties filed a Stipulation of Dismissal. The Court, having considered the Stipulation, and finding good cause therefor, hereby **GRANTS** the Stipulation and **ORDERS** as follows:

　　　1. This action shall be, and hereby is, dismissed with prejudice.

　　　2. Each party shall bear its own costs and attorneys' fees.

　　　**IT IS SO ORDERED.**

Dated: May 15, 2024

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HON. WESLEY L. HSU
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE